

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-26-2014

# USA v. Corey Golson

Precedential or Non-Precedential: Precedential

Docket No. 13-1416

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"USA v. Corey Golson" (2014). *2014 Decisions.* Paper 331.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/331

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-1416
_____

UNITED STATES OF AMERICA

v.

COREY GOLSON,
                                              Appellant

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(D.C. No. 1-10-cr-00339-001)
District Judge: Honorable William W. Caldwell
_____

Before: GREENAWAY, JR., VANASKIE and ROTH, *Circuit Judges*.
_____

ORDER AMENDING OPINION
_____


        It is hereby ORDERED that Appellee's motion to amend the opinion is granted.
The amended Opinion filed on this date is to be substituted for the Opinion filed on
February 11, 2014.  As the amended Opinion makes no substantive change, the Judgment
entered on February 11, 2014 stands, and the time for rehearing has already expired.


                                         By the Court,

                                         s/Joseph A. Greenaway, Jr.
                                         Circuit Judge

Dated:    March 26, 2014

cc: Daryl F. Bloom, Esq.
     Jeffrey A. Conrad, Esq.